IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-02465-LTB-PAC

TAYLOR BUCKLEY and
JOHN C. BUCKLEY, III,

     Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF COUNTY OF EL PASO, a governmental entity of the STATE OF COLORADO;
DAVID BERNS, individually and as an agent, employee, and representative of El Paso County;
JACQUIE VIGNONE, individually and as an agent, employee, and representative of El Paso County;
RON NEWMAN, individually and as an agent, employee, and representative of the El Paso County;
JOE WALLIS, individually and as an agent, employee, and representative of the El Paso County;
AUBREY MOSES, individually and as an agent, employee and representative of the El Paso County,

     Defendants.

---

## ORDER

---

Order entered by Magistrate Judge Patricia A. Coan

     THE COURT, having reviewed the Unopposed Motion to Amend Scheduling Order as filed by County Defendants, Doc. # 63, having reviewed the file, being fully advised, and finding good cause for the extensions requested, DOES HEREBY ORDER that said motion is granted and the following deadlines in the Scheduling Order are amended as follows:

     7.b.        Discovery Cut-off: **January 15, 2007**;

     7.c.        Dispositive Motion Deadline: **February 13, 2007**;

7.d.3.        Parties' exchange of complete expert information under Rule 26(a)(2),

Fed. R. Civ. P.: **November 20, 2006**;

7.d.4.        Parties' exchange of complete rebuttal expert information under Rule

26(a)(2), Fed. R. Civ. P.: **December 18, 2006**;

7.f.        Interrogatories may be propounded by the parties at any time prior to

**December 14, 2006**; and

7.g.        Requests for Production of Documents and Requests for Admission

may be propounded by the parties at any time prior to **December 14,**

**2006**.

**2THERE WILL BE NO FURTHER EXTENSIONS OF THE ABOVE DEADLINES.**

THIS ORDER ENTERED the first day of September, 2006.

BY THE COURT:
s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge