UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. 04-cv-02465-LTB-PAC

TAYLOR BUCKLEY, and
JOHN C. BUCKLEY, III

Plaintiffs,

vs.

BOARD OF COUNTY COMMISSIONERS OF COUNTY OF EL PASO, a governmental entity of the State of Colorado;
DAVID BERNS, individually and as an agent, employee, and representative of El Paso County;
JACQUIE VIGNONE, individually and as an agent, employee, and representative of El Paso County;
RON NEWMAN, individually and as an agent, employee, and representative of El Paso County;
JOE WALLIS, individually and as an agent, employee, and representative of El Paso County;
AUBREY MOSES, individually and as an agent, employee, and representative of El Paso County,

Defendants.

## ORDER GRANTING ACCESS TO RECORDS

This matter having come before the court by defendants Jacquie Vignone and Ron Newman's Unopposed Motion For Order Granting Access to Records [Doc # 62], and the court being fully advised,

This Court ORDERS that Vaglica & Meinhold, L.L.C., counsel for defendants Jacquie Vignone and Ron Newman be granted access to the videotapes of the interviews conducted on or about January 12, 2001, in Case Report #01-2340.

DATED this 1st day of September 2006.

BY THE COURT:

s/ Patricia A Coan
United States Magistrate Judge