**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02465-LTB-PAC

TAYLOR BUCKLEY and
JOHN BUCKLEY,
        Plaintiffs,

v.

EL PASO COUNTY OF HUMAN SERVICES;
BARBARA DRAKE; individually and as an agent, employee, and representative of El Paso County;
DAVID BERNS, individually and as an agent, employee, and representative of El Paso County;
JACQUIE VIGNONE, individually and as an agent, employee, and representative of El Paso County;
ANGELA TOMINES, individually and as an agent, employee, and representative of El Paso County;
RON NEWMAN, individually and as an agent, employee, and representative of El Paso County;
JOE WALLIS, individually and as an agent, employee, and representative of El Paso County;
AUBREY MOSES, individually and as an agent, employee, and representative of El Paso County;
        Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss David Berns, Jacquie Vignone, Ron Newman, Joe Wallis, and Aubrey Moses, With Prejudice (Doc 69 - filed October 10, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** as to individual Defendants David Berns, Jacquie Vignone, Ron Newman, Joe Wallis, and Aubrey Moses, each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   October 16, 2006