**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02465-LTB-PAC

TAYLOR BUCKLEY and
JOHN BUCKLEY,

       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF COUNTY OF EL PASO, a governmental entity of the State of Colorado,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 73 - filed October 27, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                         s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:   October 30, 2006